## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 13, 2014

James Marshall Gilmore
Law Office of J. Marshall Gilmore, PA
1936 LEE RD STE 100
WINTER PARK, FL 32789

Appeal Number: 14-11395 & 14-11755-CC
Case Style: Danielle Tacoronte v. Marc Cohen, et al
District Court Docket No: 6:13-cv-00418-GKS-GJK

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

The motion to consolidate appeals 14-11395 and 14-11755 is granted. The appellant's brief is now due on June 23rd.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

MOT-2 Notice of Court Action